Jody Sloan EICHACKER, Appellant,

v.

Richard F. EICHACKER, Respondent,

No. ED 103752

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: December 20, 2016

Craig Geidel Kallen, Kallen Law Firm, LLC, Town and Country, MO, for Appellant.

Lawrence Gerard Gillespie, Gillespie, Hetlage & Coughlin, LLC, Clayton, MO, Bruce Francis Hilton, Co–Counsel, Hilton Family Law Group, LLC, Kirkwood, MO, for Respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

### ORDER

PER CURIAM

Jody Eichacker ("Wife") appeals from the trial court's judgment dissolving her marriage to Richard Eichacker ("Husband"). We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on ap-

peal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

J.T., Respondent,